Shirley Barker, Respondent, v. Samuel Kass and Ruth Kass, Appellants.—

Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.